# Order

**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158269-70(77)

STATE FARM FIRE AND CASUALTY
COMPANY,
       Plaintiff-Appellant,

v

DETROIT EDISON CO., also known
as DTE ELECTRIC COMPANY,
       Defendant-Appellee.
_____/

SC: 158269-70
COA: 332454, 333281
Sanilac CC: 14-035646-NZ

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED.  The reply submitted on November 26, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk